IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IMAGINE HEART IMAGES, LLC | ) |
| | ) |
| v. | ) NO. 3:08-0720 |
| | ) JUDGE CAMPBELL |
| ENERGY-LAB TECHNOLOGIES | ) |

ORDER

In accordance with the Court's prior Order (Docket No. 44), the Clerk is directed to close this case administratively, pending resolution of Defendant's insolvency proceeding. The bench trial set for June 21, 2011, and the pretrial conference set for June 6, 2011, are canceled. Any pending Motions are denied as moot.

The parties shall notify the Court in writing when Defendant's insolvency proceeding has been concluded.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE